# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RAYMOND KIDD**                                                    **PLAINTIFF**

**v.**                              **No. 4:24-cv-212-DPM**

**DOES and YELL COUNTY**
**DETENTION FACILITY**                              **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 8*, adopted.   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Strike recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

5 June 2024