# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMOND KIDD**  PLAINTIFF

v.  No. 4:24-cv-212-DPM

**DOES and YELL COUNTY
DETENTION FACILITY**  DEFENDANTS

## JUDGMENT

Kidd's second amended complaint is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2024